

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ADRIAN ALEXIS PAREDES, <br> Defendant. | Case No. 25-MJ-2498 <br><br> ORDER OF DETENTION |

I.

On May 30, 2025, Defendant Adrian Alexis Paredes made his initial appearance on the criminal complaint filed in this case. Deputy Federal Public Defender Claire Kennedy was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Kalli Yallourakis. Defendant submitted on the recommendation of detention in the report prepared by the United States Probation and Pretrial Services Officer.

☐   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of

the danger to any person or the community. [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation prepared by United States Probation and Pretrial Services.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ partially verified background information (employment history, financial information, substance use, travel history).

☒ insufficient bail resources

☒ extensive criminal history includes convictions for the same offense with which he is charged.

As to danger to the community:

☒ extensive criminal history includes felony convictions for firearms related offenses, misdemeanor convictions for narcotics and firearms related offenses, providing false identification, prior violation of release conditions, and numerous law enforcement contacts.

☒ substance use history

☒ alleged gang membership

V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: May 30, 2025         /s/
                            ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE